**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| OLUKAYODE DAVID OJO, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 21-11362 (JMV) (CLW) |
| v. | : | |
| | : | **ORDER** |
| CORECIVIC, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff, a former immigration detainee, seeks to bring this civil action *in forma pauperis*, without prepayment of fees or security, asserting claims pursuant to 42 U.S.C. § 1983. Upon review of Plaintiff's application to proceed *in forma pauperis*, leave to proceed in this Court without prepayment of fees is authorized. This case is subject to *sua sponte* screening by the Court, and the Complaint will be screened in due course. Accordingly,

IT IS on this **10th** day of June 2021,

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is hereby GRANTED; and it is further

**ORDERED** that the Complaint shall be filed; and it is further

**ORDERED** that SUMMONS SHALL NOT ISSUE, at this time, as the Court's *sua sponte* screening has not yet been completed; and it is further

**ORDERED** that the time to serve process under FED. R. CIV. P. 4(m) is hereby extended to the date **90 days** after the Court permits the Complaint to proceed; and it is further

2

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Plaintiff by regular U.S. mail.

_____
JOHN MICHAEL VAZQUEZ
United States District Judge