NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

OLUKAYODE DAVID OJO,

              Plaintiff,

              v.

ESSEX COUNTY, et al.,

              Defendants.

Civil Action No.
21-11357 (JMV) (JSA)

**ORDER**

**VAZQUEZ, District Judge:**

This matter having come before the Court by way of Plaintiff's Amended Complaint and request for leave to amend, and the Court having considered Plaintiff's submissions, and for the reasons explained in the accompanying Opinion,

IT IS, on this 15th day of January 2022,

**ORDERED** that Plaintiff's request for leave to amend is DENIED WITHOUT PREJUDICE; and it is further

**ORDERED** that Plaintiff shall have sixty (60) days from the date of this Order to submit a second amended complaint that complies with the instructions in the accompanying Opinion *and* the Court's earlier Opinion, (D.E. 8); and it is further

**ORDERED** that the Clerk of the Court shall serve Plaintiff with copies of this Order and the accompanying Opinion by regular U.S. mail.

JOHN MICHAEL VAZQUEZ
United States District Judge