**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: OJO.

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action Nos.
21-11357 (JMV) (JSA)
21-11359 (JMV) (LDW)
21-11360 (JMV) (ESK)
21-11362 (JMV) (CLW)


**ORDER**

**VAZQUEZ, District Judge:**

This matter having come before the Court by way of Plaintiff's second motions for an extension of time to file an amended complaint in each of the above matters, and the Court having considered Plaintiff's submissions, and for good cause shown,

IT IS, on this 3rd day of June 2022,

**ORDERED** that Plaintiff's second motions for an extension of time to file an amended complaint, (D.E. 14 in Civ. No. 21-11357; D.E. 14 in Civ. No. 21-11359; D.E. 13 in Civ. No. 21-11360) are GRANTED,[1] Plaintiff shall have until June 15, 2022, to file his amended complaints in the above matters; and it is further

**ORDERED** that the Clerk of the Court shall serve Plaintiff with a copy of this Order by regular U.S. mail.

JOHN MICHAEL VAZQUEZ
United States District Judge

---

[1] Magistrate Judge Waldor has already granted the motion in Civ. No. 21-11362.